## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA M. KOOPEN, employee at Untied States Department of Veterans Affairs,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE J. HOLZER, employee at United States Department of Veterans Affairs,<br><br>Defendant. | NO:  4:16–CV-5134-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

**BEFORE** the Court is the parties' Stipulation and Motion for Order of Dismissal, ECF No. 16.  Having reviewed the Stipulation and the record, the Court finds good cause to dismiss this matter without prejudice.  Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Motion for Order of Dismissal, **ECF No. 16**, is **GRANTED**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed without prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** April 10, 2017.

                    *s/ Rosanna Malouf Peterson*
                  ROSANNA MALOUF PETERSON
                    United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2